# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMY LOPEZ,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No:   6:15-cv-900-Orl-22DCI**

**CITY OF ORLANDO, WILLIAM WEAVER, NAHOUM DANIEL, TERRY BEAVER and ED MICHAELS,**

       **Defendants.**

## ORDER

This cause is before the Court on Motion for Permission to Appeal In Forma Pauperis (Doc. No. 37) filed on January 13, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed January 23, 2017 (Doc. No. 39), is ADOPTED and CONFIRMED and made a part of this Order.

2.　　The Motion for Permission to Appeal *In Forma Pauperis* is hereby DENIED without prejudice.

3.　　No later than February 22, 2017, Plaintiff shall file a renewed motion to proceed *in forma pauperis* that identifies the issues on appeal and that corrects, to the extent it was the

result of a mistake, Plaintiff's average total monthly income in the twelve months preceding the Motion.

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record